# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3058
LT Case No. 2013-CF-958-A

_____

JOSEPH LUIS LEVIN,

　　Appellant,

　　v.

STATE OF FLORIDA,

　　Appellee.

_____

3.800 appeal from the Circuit Court for Nassau County.
James Daniel, Judge.

Joseph L. Levin, Yulee, pro se.

No Appearance for Appellee.

February 6, 2024

PER CURIAM.

AFFIRMED. *See Banks v. State*, 211 So. 3d 1104, 1106 (Fla. 5th DCA 2017); *Chappell v. State*, 301 So. 3d 313, 313 n.1 (Fla. 5th DCA 2019) (citing *Joseph v. State*, 835 So. 2d 1221, 1222 n.3 (Fla. 5th DCA 2003)).

EDWARDS, C.J., WALLIS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____